# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ] | |
| | ] | |
| vs. | ] | 2:03-cr-0397-RBP-RRA |
| | ] | |
| DEMETRIUS LEE, | ] | |
| | ] | |
| Defendant. | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the defendant's "Request for Relief Pursuant to 'The All Writs Act' 28 U.S.C. 1651(a), & Audita Querela, 'Common Law Writ,'" Court Document 45, be denied. Objections have been filed.

The court has considered the report and recommendation and has reached the conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The "Request for Relief Pursuant to 'The All Writs Act' 28 U.S.C. 1651(a), & Audita Querela, 'Common Law Writ'" is due to be DENIED. An appropriate order will be entered.

Done this 8th day of April, 2013.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE